IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALEXIS CARRUTH**                                                                                      **PLAINTIFF**

VS.                                         **NO. 4:07CV00726**

**BUG MAN, INC.; MCDONALDS; and**
**DABBS & POMTREE**                                                                                 **DEFENDANTS**

## ORDER

The Clerk is directed to change the name of Defendant McDonalds to its correct name, JJL, Inc., as stated in the Answer of this entity.

IT IS SO ORDERED this 15th day of October, 2007.

_____
James M. Moody
United States District Judge