IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALEXIS CARRUTH**                                                                **PLAINTIFF**

VS.                                         NO. 4:07CV00726

**BUG MAN, INC.; MCDONALDS; and**
**DABBS & POMTREE**                                       **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the Order entered on this date, Judgment is entered in favor of the Defendants. The complaint is hereby dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED this 15th day of October, 2007.

                                                  _/s/ James M. Moody_
                                                  James M. Moody
                                                  United States District Judge